# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHERINE H. SANCHEZ,<br><br>Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>Defendant. | No. 2:18-cv-66-EFB<br><br><br><br>ORDER |

Plaintiff has requested authority under 28 U.S.C. § 1915 to proceed *in forma pauperis*, and has submitted the affidavit required thereunder which demonstrates that plaintiff is unable to prepay fees and costs or give security for them. Accordingly, the request to proceed *in forma pauperis* will be granted. 28 U.S.C. § 1915(a).

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's request to proceed in *forma pauperis* is granted.

2. The Clerk of the Court is directed to serve the undersigned's scheduling order in Social Security cases.

3. The Clerk of the Court is further directed to serve a copy of this order on the United States Marshal.

/////

1

| | |
|---|---|
| 1 | 4. Within fourteen days from the date of this order, plaintiff shall submit to the United |
| 2 | States Marshal an original and five copies of the completed summons, five copies of the |
| 3 | complaint, and five copies of the scheduling order, and *shall file a statement with the court that* |
| 4 | *said documents have been submitted to the United States Marshal.* |
| 5 | 5. The United States Marshal is directed to serve all process without prepayment of costs |
| 6 | not later than sixty days from the date of this order. Service of process shall be completed by |
| 7 | delivering a copy of the summons, complaint, and scheduling order to the United States Attorney |
| 8 | for the Eastern District of California, and by sending two copies of the summons, complaint, and |
| 9 | scheduling order by registered or certified mail to the Attorney General of the United States at |
| 10 | Washington, D.C. *See* Fed. R. Civ. P. 4(i)(1)(A) & (B). The Marshal shall also send a copy of |
| 11 | the summons, complaint, and scheduling order by registered or certified mail to the |
| 12 | Commissioner of Social Security, c/o Office of General Counsel, Region IX, 160 Spear Street, |
| 13 | Suite 800, San Francisco, CA 94105-1545. *See* Fed. R. Civ. P. 4(i)(2). *The United States* |
| 14 | *Marshal shall thereafter file a statement with the court that said documents have been served.* |
| 15 | DATED: January 16, 2018. |

*[signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2