Jared T. Walker (SB#269029)
1104 Corporate Way
Sacramento, CA 95831
T: (916) 476-5044
F: (916) 476-5064
jared@saclawoffices.com

Attorney for Plaintiff,
CATHERINE H. SANCHEZ

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHERINE H. SANCHEZ, | Case No.: 2:18-cv-00066-EFB |
| Plaintiff, | |
| v. | STIPULATION FOR FIRST EXTENSION OF TIME FOR PLAINTIFF TO FILE OPENING BRIEF |
| NANCY A. BERRYHILL, Deputy Commissioner of Operations for the Social Security Administration, | |
| Defendant. | |

  IT IS STIPULATED, by and between the parties, through their respective counsel of record, that the time for Plaintiff to file his motion for summary judgment be extended thirty (30) days until August 20, 2018.  This is Plaintiff's first request for an extension of time.  Plaintiff's counsel has been unable to prepare Plaintiff's opening brief in accordance with the current scheduling order due to conflicting deadlines in unrelated matters as well as limited availability caused by relocating both his residence and business office.  With the Court's approval, the parties further stipulate that all other dates in the Court's Scheduling Order be extended accordingly.

Dated:  July 18, 2018     Respectfully submitted,


           /s/ *JARED WALKER*
           Jared T. Walker,
           Attorney for Plaintiff

SO STIPULATED:

MCGREGOR W. SCOTT
United States Attorney

Dated: July 19, 2018          By:     /s/ Shea Bond*
                                      (*authorized 7/19/2018 by e-mail on behalf of Elizabeth Firer)
                                      Elizabeth Firer
                                      Special Assistant United States Attorney
                                      Attorneys for Defendant


<u>ORDER</u>


APPROVED AND SO ORDERED.

Dated:  July 19, 2018.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE OPENING BRIEF