| | |
|---|---|
| 1 | Jared T. Walker (SB#269029) |
| 2 | 5750 Sunrise Blvd., Ste 130 |
|   | Citrus Heights, CA 95610 |
| 3 | T: (916) 476-5044 |
|   | F: (916) 476-5064 |
| 4 | jared@saclawoffices.com |

Attorney for Plaintiff,
CATHERINE H. SANCHEZ

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| CATHERINE H. SANCHEZ, | Case No.: 2:18-cv-00066-EFB |
|---|---|
| Plaintiff, | |
| v. | STIPULATION FOR FINAL EXTENSION OF TIME FOR PLAINTIFF TO FILE OPENING BRIEF |
| NANCY A. BERRYHILL, Deputy Commissioner of Operations for the Social Security Administration, | |
| Defendant. | |

IT IS STIPULATED, by and between the parties, through their respective counsel of record, that the time for Plaintiff to file his motion for summary judgment be extended twenty-one (21) days until September 21, 2018. This is Plaintiff's second and final request for an extension of time. Plaintiff's counsel needs additional time to prepare his client's brief due to the length of this administrative record, and conflicting deadlines in separate social security cases, one of which also involves a record in excess of 1,600 pages, as well as recent law and motion matters and depositions in a state court matter. This request is made in good faith and not to unduly delay these proceedings. Counsel apologizes for any inconvenience to the Court and the government's attorneys. With the Court's approval, the parties further stipulate that all other dates in the Court's Scheduling Order be extended accordingly.

Dated: August 17, 2018                    Respectfully submitted,

/s/ *JARED WALKER*
Jared T. Walker,
Attorney for Plaintiff

SO STIPULATED:

                                              MCGREGOR W. SCOTT
                                              United States Attorney

Dated: August 17, 2018        By:   /s/ *Elizabeth Firer
                                              (*authorized by e-mail on )
                                              Elizabeth Firer
                                              Special Assistant United States Attorney
                                              Attorneys for Defendant

<u>ORDER</u>

APPROVED AND SO ORDERED

Dated: August 20, 2018.                    _____
                                                EDMUND F. BRENNAN
                                                UNITED STATES MAGISTRATE JUDGE