McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
S. WYETH McADAM
    Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 268-5610
    Facsimile: (415) 744-0134
    E-Mail: Wyeth.McAdam@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| CATHERINE H. SANCHEZ, <br><br> Plaintiff, <br><br> vs. <br><br> NANCY A. BERRYHILL, <br>Acting Commissioner of Social Security, <br><br> Defendant. | Case No.: 2:18-cv-00066-EFB <br><br> STIPULATION AND ~~PROPOSED~~ ORDER FOR AN EXTENSION OF TIME |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's Motion for Summary Judgment be extended from October 22, 2018, to November 21, 2018.  This is Defendant's first request for an extension of time to respond to Plaintiff's motion.  Defendant respectfully requests this additional time because S. Wyeth McAdam, the attorney responsible for drafting any opposition or counter-motion, was unable to complete her opposition because she has three briefs due on October 22, 2018 and needs more time to draft the response and go through the necessary in-house reviews for new attorneys.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Counsel apologizes for any inconvenience caused by this delay.

Respectfully submitted,

Dated: October 19, 2018 */s/ Jared T. Walker*
(*as authorized via email on October 18, 2018)
JARED T. WALKER
Attorney for Plaintiff

Dated: October 19, 2018 McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By: */s/ S. Wyeth McAdam*
S. WYETH MCADAM
Special Assistant U.S. Attorney

Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED.

Dated: October 22, 2018.

THE HONORABLE EDMUND F. BRENNAN
United States Magistrate Judge