PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
ELIZABETH FIRER
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: 415-977-8937
    Facsimile: 415-744-0134
    E-Mail: Elizabeth.Firer@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| CATHERINE H. SANCHEZ, | No. 2:18-cv-00066 EFB |
| Plaintiff, | **STIPULATION FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND FOR ENTRY OF JUDGMENT** |
| v. | |
| NANCY A. BERRYILL, Acting Commissioner of Social Security, | |
| Defendant. | |

    IT IS HEREBY STIPULATED, by and between Catherine H. Sanchez (Plaintiff) and Nancy A. Berryhill, Acting Commissioner of Social Security (Defendant), through their respective counsel of record, that this action be remanded for further administrative action pursuant to sentence four of 42 U.S.C. § 405(g).  On remand, the Appeals Council will remand

the case to an administrative law judge (ALJ) for a new decision correcting the errors Plaintiff raised on district court appeal.

The parties further request that the Clerk of the Court be directed to enter final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

DATE: November 20, 2018            Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

/s/ *Elizabeth Firer*
ELIZABETH FIRER
Special Assistant United States Attorney

DATE: November 20, 2018            Respectfully submitted,

/s/*Jared Walker*
JARED WALKER
Attorney for Plaintiff
*by email authorization, November 20, 2018

ORDER

IT IS SO ORDERED.

DATED: November 26, 2018.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

Stipulation for Voluntary Remand, No. 2:18-cv-00066 EFB